UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.  Case No.: 21-cr-78 (EGS)

JOHN SULLIVAN

## NOTICE OF FILING OF INITIAL DISCOVERY REQUESTS

Respectfully submitted,

_____/s/_____

Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the ____15th____day of February, 2021 upon all counsel of record.

_____/s/_____
Steven R. Kiersh