AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN EARLE SULLIVAN<br>*Defendant* | ) Case: 1:21-mj-00050<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 1/13/2021<br>) Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   John Sullivan                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint
❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:
  Violations of 18 U.S.C. 1752(a), 18 U.S.C. §§ 231(a)(3) & 2 and 40 U.S.C. 5104(e)(2).


Date:   01/13/2021                                   Robin M. Meriweather
                                                     2021.01.13 18:24:23 -05'00'
                                          _____
                                                     *Issuing officer's signature*

City and state:   Washington D.C.              Robin M. Meriweather,U.S. Magistrate Judge
                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  01/13/2021  , and the person was arrested on *(date)*  01/14/2021 <br>at *(city and state)*   Salt Lake City, Utah   . <br><br>Date:  01/14/2021 <br>                                          *Arresting officer's signature*<br><br>                                          Matthew Foulger, Special Agent FBI<br>                                          *Printed name and title* |