UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-CR-00078-EGS |
| | : | |
| **JOHN EARLE SULLIVAN,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel consents to this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure

1

in discovery of the materials described above.

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      Acting United States Attorney
                                      D.C. Bar No. 415793

By:

                                      CANDICE C. WONG
                                      Assistant United States Attorney
                                      D.C. Bar No. 990903
                                      555 Fourth Street, N.W., Room 4816
                                      Washington, DC 20530
                                      Candice.wong@usdoj.gov
                                      (202) 252-7849