# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    v.                              21-cr-78(EGS)

**JOHN SULLIVAN**

## Declaration of John Sullivan

I, John Sullivan, under the penalties of perjury, do hereby provide the following summary of my monthly household needs and a partial listing of sources of my income:

1. Rent: $2,100.00

2. Water: $100.00

3. Electric: $100.00

4. Automobile: $700.00

5. Automobile insurance: $150.00

6. Food: $600.00

7. Entertainment: $250.00

8. Shopping: $100.00

9. Subscription: $250.00

1

10. Savings: $150.00

11.Self care: $300.00

Total monthly expenses:4,800.00

Defendant's sources of income other than from the sale of videotape of the January 6, 2021 event include as follows:

1.Google ad sense deposits

2. 401 K Deposits

3. Severance pay from prior employer (Proofpoint)

4. Priority 1 Logistics payouts

I acknowledge that some of my assets were obtained from sale of videotape from January 6, 2021.

_____
John Sullivan
June 2, 2021