

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 11, 2021

<u>Via Email</u>
Steven Kiersh
Counsel for John Earle Sullivan
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
skiersh@aol.com

      Re:    *United States v. John Earle Sullivan*
              Case No. 1:21-cr-00078-EGS

Dear Counsel:

    The enclosed letter memorializes the provision of the following discovery in this case, via filesharing:

1. Grand Jury transcript and exhibits A-1-P for Superseding Indictment
2. Provo case documents (x4)
3. Defendant's Discord posts (x2)
4. Defendant's Facebook posts (x4)
5. Defendant's Tiktok videos (x2)
6. Defendant's Youtube video of looting
7. Social media posts of others regarding Defendant (x2)
8. SENSITIVE: 302 for Witness
9. 302 for W-2 (redacted)
10. 302 for W-3 (redacted)
11. Recorded conversation by W-3
12. Open-source video of defendant ("minuta dogman")

    The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    This material is being provided pursuant to the Protective Order issued in this case. Please adhere to sensitivity markings.

    I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

    Sincerely,

    Candice C. Wong
    Assistant United States Attorney
    202-252-7849
    Candice.wong@usdoj.gov