

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 14, 2021

<u>Via Email</u>
Steven Kiersh
Counsel for John Earle Sullivan
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
skiersh@aol.com

        Re:   *United States v. John Earle Sullivan*
                 Case No. 1:21-cr-00078-EGS

Dear Counsel:

     The enclosed letter memorializes the provision of the following additional discovery in this case, via filesharing, on July 14, 2021:

1. Excerpts of Metropolitan Police Department body worn camera footage from Upper House Door exit (24 videos)
2. Open-source videos of shooting (6 files):
    a. ITV video
    b. 2 videos of shooting
    c. CSPAN video excerpt from https://www.c-span.org/video/?507745-1/protesters-breach-us-capitol-security
    d. Rumble Nemos News video
    e. Unblocked video excerpt from Youtube link https://www.youtube.com/watch?v=CSF5FHIGlbg
3. MARKED SENSITIVE: Videos obtained from other Capitol investigations (15 files):
    a. D-2 – 3 photographs, 1 video
    b. D-3 – 3 videos
    c. D-4 – 1 video
    d. D-5 – 1 video
    e. D-6 – 1 video
    f. D-7 – 1 video

      g. D-8 – 1 video
      h. W-4 – 2 videos
      i. W-5 – 1 video
4. MARKED SENSITIVE: Officer interview transcripts (2 files)

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is being provided pursuant to the Protective Order issued in this case. Please adhere to sensitivity markings.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

_[signature]_

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov