UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                          Case No.: 21-cr-78 (EGS)

JOHN SULLIVAN

### STATUS REPORT CONCERNING CONDITIONS OF PRETRIAL RELEASE

Undersigned counsel does hereby submit the following status report concerning the conditions of defendant's release:

1. Defendant, his Utah probation officer, Mr. Cahoon, and undersigned counsel had a three way telephone conference on August 2, 2021. Defendant and Mr. Cahoon agreed as follows:

a. **Employment:** Defendant's father/employer will submit to Mr. Cahoon a once a month e-mail confirming the work hours of defendant. Defendant will also keep track of his work hours and will provide notice of his hours to Mr. Cahoon. This is being done in order to provide Mr. Cahoon with verification of employment and defendant's work schedule.

b. **Home visits**: Mr. Cahoon will conduct random home visits which will occur periodically every couple of months. At the visit, Mr. Cahoon will

1

not have any discussion with defendant about the status of his pending case.

    c. **Contact with probation office**: Defendant will telephone, e-mail or have text contact with Mr. Cahoon on a weekly basis. The communications will contain substantive information and provide updates on employment activities. One time every other month defendant will have an in-person meeting with Mr. Cahoon at his office

    d. **Computer monitoring**: When Mr. Cahoon reaches out to defendant concerning monitoring issues, defendant will reply in a reasonable amount of time to address the issues. Defendant will initiate contact with Mr. Cahoon if he believes there are any additional issues with computer monitoring.

    2. The parties agree to cooperate with each other going forward and will advise each other if there are any concerns or questions regarding pretrial release.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the \_\_\_\_3rd\_\_\_\_day of August, 2021 upon counsel of record, Candice Wong, Esquire, Assistant U.S. Attorney

_____/s/_____
Steven R. Kiersh