UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                          Case No.: 21-cr-78 (EGS)

JOHN SULLIVAN

RESPONSE TO MINUTE ORDER OF COURT
(Receipt of search warrants)

Defendant, by and through undersigned counsel, pursuant to the

August 16, 2012 Minute Order of tis Court, does hereby state as follows:

Defendant has received all relevant information related to the Motion

to Release Seizure Order.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the ____18th____day of August, 2021 upon all counsel of record, Candice Wong, Esquire, Assistant U.S Attorney.

                                        _____/s/_____
                                        Steven R. Kiersh