UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                        Case No.: 21-cr-78 (EGS)

JOHN SULLIVAN

### RESPONSE TO ORDER OF COURT
**(Availability of the parties for status hearing)**

Undersigned counsel respond to the August 16, 2020 Minute Order of the Court concerning the availability of the parties for the next status hearing.

The parties are available on the following dates: 9/20/21; 9/22/21; 9/24/21.

Counsel for defendant notes as follows: Counsel is scheduled to start a lengthy trial before the Honorable Milton Lee in the Superior Court of the District of Columbia on September 8, 2021. At the present time, the expectation is that because of the anticipated length of the trial proceedings the Court will try to sit on Fridays. However, it is not at all yet clear that the Court will be able to sit on Fridays. Accordingly, counsel for defendant

1

believes that the best date for a status hearing in this case is Friday, September 24, 2021.[1]

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Candice Wong #990903
                                                    Assistant U.S. Attorney
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 252-7849

                                                    _____/s/_____
                                                    Steven R. Kiersh #323329
                                                    5335 Wisconsin Avenue, N.W.
                                                    Suite 440
                                                    Washington, D.C. 20015
                                                    (202) 347-0200

---

[1] Counsel for defendant believes that Judge Lee will accommodate a request with advance notice that is made for the scheduling of a status hearing in this matter.