

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 8, 2021

<u>Via Email</u>
Steven Kiersh
Counsel for John Earle Sullivan
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
skiersh@aol.com

      Re:    *United States v. John Earle Sullivan*
               Case No. 1:21-cr-00078-EGS

Dear Counsel:

      The enclosed letter memorializes the provision of the following additional discovery in this case, via filesharing:

1. MARKED HIGHLY SENSITIVE: Additional CCTV footage of defendant (11 files)
2. Updated JP Morgan Chase subpoena production (1 file)
3. D-14 open-source interviews relating to defendant (2 files)
4. MARKED SENSITIVE: Interviews of Officers by Statuary Hall Connector (three 302s, 1 transcript with associated audio and exhibits)

      The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      This material is being provided pursuant to the Protective Order issued in this case.  Please adhere to sensitivity markings.

      I will forward additional discovery as it becomes available.  If you have any questions,

please feel free to contact me.

        Sincerely,

        _____
        Candice C. Wong
        Assistant United States Attorney
        202-252-7849
        Candice.wong@usdoj.gov