```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN SULLIVAN,<br><br>            Defendant. | Crim. Action No. 21-78 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Mr. Sullivan's Motion to Release Seizure Order Related to Defendant's Bank Account in Utah and to Forbid Seizures of Other Accounts, ECF No. 25, is **DENIED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
              **United States District Judge**
              **December 6, 2021**