

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

April 4, 2022

<u>Via Email</u>
Steven Kiersh
Counsel for John Earle Sullivan
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
skiersh@aol.com

      Re:    *United States v. John Earle Sullivan*
                 Case No. 1:21-cr-00078-EGS

Dear Counsel:

      The enclosed letter memorializes the provision of the following additional discovery in this case, via filesharing (unless otherwise indicated):

1. Periscope search warrant and production (1 zip file)
2. 302 for Periscope review
3. 302 regarding provision of witness videos, redacted
4. Material from other Capitol investigations:
   a. 302 from proffer with defendant AJ
   b. Notes from proffer with defendant AJ
5. Additional open-source video relating to Speakers Lobby (Benjamin Reports)

      The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      This material is being provided pursuant to the Protective Order issued in this case.  Please adhere to sensitivity markings.

      I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov