## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.: 21-CR-00078 (EGS)** |
| **v.** : | |
| : | |
| **JOHN SULLIVAN** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Candice C. Wong, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No: 481052

By:   /s/ Candice C. Wong
       Candice C. Wong
       Assistant United States Attorney
       D.C. Bar No: 990903
       United States Attorney's Office
       555 Fourth Street, N.W. #4816
       Washington, D.C. 20530
       Telephone: 202-252-7849
       E-mail: candice.wong@usdoj.gov