**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN EARLE SULLIVAN,<br><br>    Defendant. | Crim. Action No. 21-78 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Mr. Sullivan's motion for reconsideration of the Court's December 6, 2021 denial of motion to release seizure order and supplement to motion to release seizure order, ECF No. 61, is **DENIED**.

  **SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
    **United States District Judge**
    **August 1, 2022**