**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Criminal No. 1:21-cr-00078 (RCL) |
| **JOHN EARLE SULLIVAN,** | : |
| Defendant. | : |

**JOINT TRIAL SCHEDULING ORDER**

The previous scheduling order (ECF No. 83) is hereby vacated and the parties, by agreement, shall abide by the following trial scheduling order:

1. **TRIAL.** Trial of Defendant Sullivan will begin on **October 25, 2023**.

2. **MOTIONS *IN LIMINE*.** All motions *in limine* shall be filed on or before **June 23, 2023**. Responses in opposition to any motions shall be filed not later than **July 7, 2023**. Any replies shall be due **July 14, 2023**.

3. **MOTIONS HEARING.** The parties shall present argument as to any motions *in limine* filed on **September 14, 2023**, at 4:30 p.m.

4. **RECIPROCAL DISCOVERY.** Defense shall provide reciprocal discovery by **July 10, 2023**. The court will consider any motion *in limine* with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed **August 25, 2023**; any opposition to such motion shall be filed by **September 1, 2023**.

5. **EXPERT WITNESSES.** The United States shall disclose any expert witnesses in accordance with Fed. R. Crim. Pro 16 by **July 17, 2023**. The Defendant shall disclose any expert witnesses in accordance with Fed. R. Crim. Pro 16 by **July 31, 2023.** If the United States wishes to file a motion *in limine* with respect to any defense expert, it may do so by filing a motion by **August 25, 2023**. Any opposition to such motion shall be filed by **September 1, 2023**.

3

6. ***GIGLIO* AND JENCKS ACT MATERIAL**. The United States shall provide material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, on or before **September 25, 2023**, and has agreed to provide material pursuant to the Jencks Act, 18 U.S.C. § 3500 on or before the same date. Any *Brady* material not already disclosed also must be disclosed by this date.

7. **PRETRIAL STATEMENT**. On or before **October 13, 2023,** counsel shall file a Joint Pretrial Statement that contains the following: proposed jury instructions, proposed *voir dire* questions, list of witnesses, exhibit lists, stipulations, and proposed verdict form.

8. **PRETRIAL CONFERENCE**. A pretrial conference will be held on or after **October 13, 2023**.

Date: _____, 2023

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE