# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.:** 21-cr-00078 |
| **v.** : | |
| : | |
| **JOHN SULLIVAN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Michael L. Barclay is entering his appearance in the above-captioned matter as counsel for the United States.

                                                  Respectfully submitted,

DATED:   June 30, 2023          MATTHEW M. GRAVES
                                             United States Attorney
                                             D.C. Bar No. 481052

                              By:   /s/ Michael L. Barclay
                                    MICHAEL L. BARCLAY
                                    Assistant United States Attorney
                                    N.Y. Bar Reg. No. 5441423
                                    U.S. Attorney's Office for the District of Columbia
                                    601 D Street, NW
                                    Washington, D.C. 20001
                                    (202) 252-7669
                                    Michael.Barclay@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 30th day of June, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

      /s/ *Michael Barclay*
Michael Barclay
Assistant United States Attorney