UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

V.                                   No. 21-cr-78 (RCL)

JOHN EARLE SULLIVAN

### MOTION TO ALLOW DEFENDANT TO APPEAR AT MOTIONS HEARING VIA ZOOM

Defendant, by and through undersigned counsel, does hereby respectfully request leave to appear at the motions hearing on September 14, 2023 via ZOOM. In support thereof, defendant sets forth as follows:

1. Defendant resides in Utah and desires to appear at the motions hearing via ZOOM.

2. Defendant has been declared indigent and all of his remaining assets have been seized by the United States.

3. Defendant has appeared at all previous court hearings in this case via ZOOM.

4. Defendant relies upon the discretionary powers of this Honorable Court is seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for leave to appear at the motions hearing on September 14, 2023 via ZOOM.

Respectfully submitted,

_____/s/_____
Steven R.Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.,C. 20015
(202) 347-0200
skiersh@aol.com
Attorney for John Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the \_\_\_13th\_\_day of September, 2023.

_____/s/_____
Steven R. Kiersh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

V.                                  No. 21-cr-78 (RCL)

JOHN EARLE SULLIVAN

## ORDER

Upon consideration of defendant's Motion for Leave to Appear at the Motions Hearing on September 14, 2023 via ZOOM, there being good cause demonstrated, it is by this Court on this the _____ day of September, 2023;

ORDERED that the Motion is granted and defendant is hereby permitted to appear at the Motions hearing on September 14, 2023, via ZOOM.

_____
Honorable Royce C. Lamberth
United States District Judge