# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

        V.                      No. 21-cr-78 (RCL)

**JOHN EARLE SULLIVAN**

## ORDER

Upon consideration of defendant's Motion for Leave to Appear at the Motions Hearing on September 14, 2023 via ZOOM, there being good cause demonstrated, it is by this Court on this the __13th__ day of September, 2023;

ORDERED that the Motion is granted and defendant is hereby permitted to appear at the Motions hearing on September 14, 2023, via ZOOM.

                                            _/s/ Royce C. Lamberth_
                                            Honorable Royce C. Lamberth
                                            United States District Judge