UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:21-cr-00078 (RCL) |
| | : | |
| **JOHN EARLE SULLIVAN** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

**COUNT ONE**: Obstructing an Official Proceeding:

_____          _____
Guilty                              Not Guilty


**COUNT TWO**: Obstructing Officers During a Civil Disorder:

_____          _____
Guilty                              Not Guilty


**COUNT THREE**: Entering or Remaining in a Restricted Building or Grounds with a Dangerous Weapon:

_____          _____
Guilty                              Not Guilty

If you have marked Guilty as to Count Three above, proceed to Count Four. If not, you must consider the lesser included offense:

_____          _____
Guilty                                Not Guilty


**COUNT FOUR**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon:

_____          _____
Guilty                              Not Guilty

**If you have marked Guilty as to Count Four above, proceed to Count Five. If not, you must consider the lesser included offense:**

_____              _____
Guilty                              Not Guilty


**COUNT FIVE: Unlawful Possession of a Dangerous Weapon on U.S. Capitol Grounds or Buildings:**

_____              _____
Guilty                              Not Guilty


**COUNT SIX: Disorderly or Disruptive Conduct in a U.S. Capitol Building:**

_____              _____
Guilty                              Not Guilty


**COUNT SEVEN: Parading, Demonstrating, or Picketing in a U.S. Capitol Building:**

_____              _____
Guilty                              Not Guilty


**COUNT EIGHT: False Statement or Representation Made to an Agency of the United States:**

_____              _____
Guilty                              Not Guilty


Dated this \_\_\_\_\_ day of \_\_\_\_\_, 2023