UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                    Case No.: 21-cr-78 (EGS)

JOHN SULLIVAN

## MOTION TO ALLOW DEFENDANT TO APPEAR AT PRETRIAL CONFERENCE VIA ZOOM

Defendant, by and through undersigned counsel, does hereby request leave to appear at the October 24, 2023 pretrial conference via ZOOM. In support thereof, defendant respectfully sets forth as follows:

1. Defendant resides in Utah and desires to appear at the pretrial conference via ZOOM.

2. Defendant has been declared indigent and his remaining assets have been seized by the United States.

3. Defendant has appeared at all other court hearings via ZOOM.

4. Defendant relies upon the discretionary powers of this Honorable Court in seeking the relief requested herein.

5. Undersigned counsel has spoken with defendant regarding appearing via ZOOM, and defendant has authorized counsel to waive his

1

physical presence at the pretrial conference and requests that he be permitted to appear via ZOOM.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for leave to appear at the pretrial conference via ZOOM.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the __19th__ day of October, 2023 upon all counsel of record via the Court's electronic filing system.

_____/s/_____
Steven R. Kiersh

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**V.**                                    Case No.: 21-cr-78 (EGS)

**JOHN SULLIVAN**

## ORDER

Upon consideration of defendant's Motion for Leave to Appear at the Pretrial Conference on October 24, 2023 via ZOOM, there being good cause demonstrated, and defendant having authorized his counsel to waive his in-person appearance, it is by this Court on this the _____ day of October, 2023:

ORDERED, that the Motion is granted and defendant is hereby permitted to appear at the Pretrial Conference on October 24, 2023 via ZOOM.

_____
Honorable Royce C. Lamberth
United States District Judge