UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-78 (RCL) |
| v. : | |
| : | |
| JOHN EARLE SULLIVAN, : | |
| : | |
| Defendant. : | |

## [PROPOSED] ORDER

The United States' Motion to Dismiss Count Eight of the Superseding Indictment, charging Defendant John Earle Sullivan with violating 18 U.S.C. § 1001(a)(2), is GRANTED.

It is hereby ORDERED that Count Eight be DISMISSED WITHOUT PREDJUDICE.

DATED: _____

_____

HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE