UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 21-cr-78 (RCL) |
| v. | : |
| JOHN EARLE SULLIVAN, | : |
| Defendant. | : |

**[PROPOSED] ORDER**

The United States' Motion to Dismiss Count Eight of the Superseding Indictment, charging Defendant John Earle Sullivan with violating 18 U.S.C. § 1001(a)(2), is GRANTED.

It is hereby ORDERED that Count Eight be DISMISSED WITHOUT PREDJUDICE.

DATED: 10/30/23

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE