IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 21-cr-78-RCL |
| JOHN SULLIVAN | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE <u>PURSUANT TO RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE</u>**

The United States of America formally notifies the defendant of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

| EXHIBITS | DESCRIPTION |
|:---:|:---:|
| 901 | RCFL Report of Devices and Images |

**Government's Notice of Intent to Offer Evidence Pursuant to
Rule 902(14) of the Federal Rules of Evidence—Page 1**

| EXHIBITS | DESCRIPTION |
|---|---|
| 901 Sub-Exhibits | Reports and files from 16 GB Voice Recorder Image (IWR091827_1), Desktop Computer (IWR091829) with two hard drives (IWR040287 and IWR040288) and an Apple iPhone (IWR091825) |
| 902 | RCFL Report and Extraction of: Samsung Cellular Phone (IWR091826) |
| 902 Sub-exhibits | Extracted files from Samsung Cellular Phone (IWR091826) |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel. The exhibits have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), which is attached hereto as Exhibit 1.  Exhibit 2 and 3 is the Report of Examination for all devices seized in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ REBEKAH E. LEDERER
REBEKAH E. LEDERER
Assistant United States Attorney
Bar No. PA 320922
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7012
Rebekah.Lederer@usdoj.gov

/s/ MICHAEL BARCLAY
MICHAEL L. BARCLAY

**Government's Notice of Intent to Offer Evidence Pursuant to
Rule 902(14) of the Federal Rules of Evidence—Page 2**

Assistant United States Attorney
N.Y. Bar Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-7669
Michael.Barclay@usdoj.gov

**Government's Notice of Intent to Offer Evidence Pursuant to**
**Rule 902(14) of the Federal Rules of Evidence—Page 3**

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 21-cr-78-RCL |
| JOHN SULLIVAN | |

## CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, <u>STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)</u>

I, Matthew Anderson, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Utah Department of Public Safety's Bureau of Forensic Services as a Senior Forensic Scientist and am assigned full time as a Task Force Officer (TFO) at the Intermountain West Regional Computer Forensics Laboratory (IWRCFL), in Salt Lake City, Utah. I am the Assistant Director at the IWRCFL and am certified as a Digital Forensics Expert (DFE) in the FBI Computer Analysis Response Team (CART) unit. DFEs are responsible for the lawfully authorized imaging, extracting/copying of the contents, and analyzing of electronic devices to include electronic storage media, cellular technologies, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I imaged/acquired and analyzed a set of twenty-one electronic devices, including a 16 GB Voice Recorder (IWR091827_1), a Desktop Computer (IWR091829) with two hard

drives (IWR040287 and IWR040288), and I analyzed an acquisition of an Apple iPhone (IWR091825).

2. The iPhone (IWR091825) was submitted to the IWRCFL in a locked state. It was determined that the device was in a Before First Unlock (BFU) state. A partial acquisition was acquired using Gray Key version 1.6.9. No password was determined for this device.

3. Using UFED 4PC version 7.40 I performed a Subscriber Identity Module (SIM) acquisition from the SIM card from the iPhone (IWR091825). Using Physical Analyzer 7.42 the BFU and SIM acquisitions were combined into one report and I analyzed that report and exported the voicemails.

4. A forensic image was created of two hard drives from the desktop computer (IWR040287 and IWR040288) using a Tableau TX1 with firmware 20.3.

5. EnCase 8.11 was used to search, report, and export files from IWR040287 and IWR040288.

6. EnCase was also used for analysis of the 16 GB Voice Recorder voice recorder image (IWR091827_1) and export 17 audio files.

7. I brute-force recovered the pin code [1992] and created a full file system acquisition of a Samsung Model: SM-N981U, International Mobile Equipment Identifier (IMEI) 351558962361681 (IWR091826) using Cellebrite Premium version 7.53. I created an acquisition of the SIM card associated with IWR091826 using Cellebrite UFED 4PC version 7.50.

8. I generated a report for the Cellebrite acquisition associated with IWR091826 using Cellebrite UFED Physical Analyzer version 7.52.0.36.

**Certification of Data Copied from an Electronic Device
Storage Medium, or File Pursuant to FRE 902(14)—Page 2**

9. The tools Cellebrite Premium, Cellebrite UFED 4PC, Cellebrite UFED Physical Analyzer, Tableau TX1, and EnCase were working as designed during the date(s) of extraction and report generation described above.

10. For purposes of FRE 902(14), I certify that Government Exhibit 901 consists of the report and data that I acquired/copied from the above-described set of 21 electronic devices. As per my report, evidence images and acquisitions were hash verified post analysis.

11. I further certify that the subseries of Government Exhibit 901 (i.e. Government Exhibit 901.2 onwards) consist of reports and files extracted from the electronic devices associated with extraction numbers IWR091827_1, IWR091829, IWR040287, IWR040288, IWR091825 described above.

12. For purposes of FRE 902(14), I certify that Government Exhibit 902 consists of the report and data that I acquired/copied from the Samsung Model: SM-N981U, International Mobile Equipment Identifier (IMEI) 351558962361681 (IWR091826). As per my report, evidence images and acquisitions were hash verified post analysis.

13. I further certify that the subseries of Government Exhibit 902 (i.e. Government Exhibit 902.1 onwards) consists of text messages, instant messages, chats, images, emails, images, internet searches, and other files extracted from the Samsung device IWR091826.

14. I further state that this certification is intended to satisfy FRE 902(14).

/s/ Matthew Anderson     11/06/2023
Task Force Officer        DATE

# Exhibit 2

**Certification of Data Copied from an Electronic Device Storage Medium, or File Pursuant to FRE 902(14)—Page 4**

18-1 (Rev. 08-15-2017)



**Intermountain West
Regional Computer Forensics Laboratory**

Three Gateway Office Center
440 West 200 South, Suite 300
Salt Lake City, UT 84101



# REPORT OF EXAMINATION

| | | | |
|---|---|---|---|
| **To:** | Utah SBI<br>Agent Jennifer Faumuina<br>5500 W Amelia Earhart Drive<br>Salt Lake City UT 84116 | **Date:**<br>**Case ID:**<br>**Request No.:** | March 1, 2021<br>266H-SU-3323629<br>IWR210119167 |

**Request Date:**    January 19, 2021

**Ref. No:**    N/A

**Title:**    John Sullivan

**Date item(s) received:**    January 19, 2021

**Item(s) submitted:**

| | |
|---|---|
| IWR091818: | Computer: Laptop, Make: Microsoft, Model: N/A, SN: N/A, Agency Item Number: N/A, Desc.: Laptop with charger (Examined) |
| IWR040282: | Hard Drive, Make: SKHynix, Model: BC501, SN: N/A, Agency Item Number: N/A, Desc.: Internal SSD of IWR091818 (Not Examined) |
| IWR091819: | SIM Card, Make: Transcend, Model: N/A, SN: N/A, Agency Item Number: N/A, Desc.: SD Card (Examined) |
| IWR091820: | Digital Camera, Make: Sony, Model: N/A, SN: N/A, Agency Item Number: N/A, Desc.: Camera (Examined) |
| IWR040281: | Flash Memory, Make: SansDisk, Model: Extreme Plus, SN: N/A, Agency Item Number: N/A, Desc.: SD Card inside the Digital Camera (Examined) |
| IWR091821: | USB Storage Device, Make: San Disk, Model: Cruzer Glide, SN: N/A, Agency Item Number: N/A, Desc.: Thumbdrive (Examined) |
| IWR091822: | Evidence Container, Desc.: Plastic bag with 3 go pro cameras. (Examined) |

Page 1 of 5

An Accredited Laboratory
Since September 13, 2008   

| | |
|---|---|
| IWR040283: | Video Camera, Make: Go Pro, Model: SPCH1, SN: C3281328923389, Agency Item Number: N/A, Desc.: Black Go Pro (Examined) |
| IWR040286: | Flash Memory, Make: SanDisk, Model: Ultra Plus SD, SN: N/A, Agency Item Number: N/A, Desc.: Internal SD Card from IWR040283 (Examined) |
| IWR040284: | Video Camera, Make: Go Pro, Model: SPTM1, SN: N/A, Agency Item Number: N/A, Desc.: Silver Go Pro (Examined) |
| IWR040285: | Video Camera, Make: Go Pro, Model: SPTM1, SN: N/A, Agency Item Number: N/A, Desc.: Silver Go Pro (Examined) |
| IWR091823: | Tablet Computer, Make: Apple ipad, Model: A2228, SN: DMQDM89PPTRF, Agency Item Number: N/A, Desc.: Tablet (Not Examined) |
| IWR091824: | Flash Memory, Make: Samsung, Model: MU-PA1T0B, SN: s4b0nr0na28502k, Agency Item Number: N/A, Desc.: SSD with cord. (Not Examined) |
| IWR091825: | Cellular Phone, Make: Apple iphone 12 Pro, Model: N/A, SN: N/A, Agency Item Number: N/A, Desc.: Cell phone (Examined) |
| IWR091826: | Cellular Phone, Make: Samsung, Model: N/A, SN: 351558962361681, Agency Item Number: N/A, Desc.: Cell phone (Not Examined) |
| IWR091827: | Hard Drive, Make: WD, Model: N/A, SN: N/A, Agency Item Number: N/A, Desc.: Hard drive containing 16GB voice recorder image. (Examined) |
| IWR091828: | Evidence Container, Desc.: Bag with Nikon camera and sd cards. (Examined) |
| IWR040289: | Flash Memory, Make: SanDisk, Model: ImageMate, SN: N/A, Agency Item Number: N/A, Desc.: Micro SD card found in bag of IWR091828 (Examined) |
| IWR091829: | Computer: Desktop, Make: HP, Model: N/A, SN: 8cg8405pl3, Agency Item Number: N/A, Desc.: Desktop (Examined) |
| IWR040287: | Hard Drive, Make: Seagate, Model: ST1000DM003, SN: z9aYwg66, Agency Item Number: N/A, Desc.: Internal 3.5 inch HDD (Examined) |
| IWR040288: | Hard Drive, Make: HP, Model: MZ-NLN128C, SN: s3t8nx0k870016, Agency Item Number: N/A, Desc.: Internal NVME (Examined) |
| IWR_091827_1: | 16 GB Voice Recorder image located on IWR091827 (Examined) |

**Summary:**

Search for evidence of videos at the Capital building/storming the capital building. Search for evidence of attending rallies from different cities.

IWR210119167
266H-SU-3323629

Page 2 of 5

Searched devices listed above for evidence of rallies and riots.

On January 20, 2021 Case Agent Faumuina was notified of the following:

IWR040282 is Bitlocker encrypted and no analysis was performed.

IWR091824 device was not recognized through three different tools. Unable to be imaged.

On February 24, 2021 Case Agent Faumuina was notified of the following:

IWR091823 iPad is password protected, password was unable to be bypassed.

IWR091826 Samsung phone is password protected, password was unable to be bypassed.

Item IWR091826 will be held at the IWRCFL for future pass code bypass, an addendum to this report will be created at that time.

**Details of Examination:**
The dates of this examination were January 20, 2021 through February 22, 2021.

Physically examined and took photos of submitted items (see digital report for photos.) Write protected original media and imaged onto forensically prepared evidence media and verified images. Recovered erased files, processed residue, searched for requested graphics, videos, internet histories, and other files.

**IWR040281** - 19 graphics of interest added to the examination report.

**IWR040283** - Two (2) videos of interest added to the examination report.

**IWR091819** - 27 audio files of interest added to the examination report.

**IWR091827_1** - 17 audio files of interest added to the examination report.

---

**IWR091829** Computer containing images IWR040287 and IWR040288

**IWR040287** Videos, Graphics, and Audio added to the report.

From the following folders added to the examination report.:

Android Cam - 55 videos and 1 graphic.

Nikon Camera - 4 videos and 560 graphics.

IWR210119167
266H-SU-3323629

Pictures Folder - 1 video.

Protest Tips - 1 graphic.

Desktop - 1 video, 2 graphics.

2020 VP Debate SLC Utah - 1 video.

DC Protest Riot Folder - 16 videos.

Downloads - 8 videos, 21 graphics with an additional 28 graphics in a zipped folder.

Paris Protests - 8 videos.

Podcast Videos - 4 videos.

PDX Day 100 - 1 video and 3 graphics.

PDX Day 101 - 1 video and 4 graphics.

Protests Then VS Now - 2 videos.

Proud Boy Leader Admits to Burning Flag - 3 videos and 4 graphics.

Sound Recordings - 1 audio file.

**IWR040288**

Registry reports created for: SAM Users, USB Devices, System Information, Recent Files, Desktop File Browser History, and Download File Browser History.

Desktop - 7 graphics.

Downloads - 49 graphics and 1 document.

Email - 5 emails.

Internet History - 159 artifacts.

Discord - 173 graphics and 25 conversations.

The Discord conversations were copied out to PDF and RTF for better legibility.

**IWR091825**

The iPhone full acquisition was copied out for review by the case agent.

60 voicemails were copied out as a separate section.

---

Evidence images and acquisitions were hashed and verified post analysis.

**Derivative Evidence/Copies:**

| | |
|---|---|
| IWR048178: | Tape, Make: Hewlett Packard, Model: C7976A, SN: IWR027316, Agency Item Number: N/A, Desc.: Tape Backup of images and acquisitions [IWR040281, IWR040282, IWR040286, IWR040287, IWR040288, IWR040289, IWR091819, IWR091821, IWR091824, IWR091825, IWR091827_1] |
| IWR048179: | Hard Drive, Make: Seagate, Model: ST500DM002, SN: Z6e922k9, Agency Item Number: N/A, Desc.: Digital Results Hard Drive |

**Disposition of Items:**

Original and derivative evidence items were submitted to the Evidence Control Facility. IWR091826 will be retained by the IWRCFL for password bypass. Administrative items will be retained by the IWRCFL.

Examiner: ______________________

Matthew E. Anderson
Intermountain West RCFL
Computer Analysis Response Team

# Exhibit 3

**Certification of Data Copied from an Electronic Device Storage Medium, or File Pursuant to FRE 902(14)—Page 5**

 

Intermountain West  
Regional Computer Forensics Laboratory

Three Gateway Office Center  
440 West 200 South Suite 300  
Salt Lake City, UT 84101

## PROCESS REPORT

**To:** Utah SBI  
Agent Jennifer Faumuina  
5500 W Amelia Earhart Drive  
Salt Lake City, UT 84116

**Date:** April 25, 2022  
**Case ID:** 266H-SU-3323629  
**Request No.:** IWR210119167

**Request Date:** January 19, 2021

**Ref. No.:** N/A

**Title:** John Sullivan

**Date item(s) received:** January 19, 2021

**Item(s) Submitted:**

| UIN | Evidence submitted and examined |
|---|---|
| IWR091826 | Cellular Phone, Make: Samsung, Model: SM-N981U, IMEI: 351558962361681 |
| IWR048178 | Digital Archive Tape. S/N: IWR027736 |

| UIN | Evidence submitted and NOT examined |
|---|---|
| IWR092281 | Make: Dell, Model: Latitude, 4h8pP13 |

**Details:**

This Process Report is made as an addendum to the original report titled "Report of Examination" released on March 01, 2021.

IWR048178

The Examination Dates were from May 10, 2021 – May 24, 2021 for the additional analysis.

IWR091826

The Examination Dates were from March 25, 2022 – April 21, 2022 for the cellular examination.

On May 10, 2021 the digital archive was submitted for further analysis looking for anything mentioning Quickbooks, a $10,000 payment from the Washington Post, and anything else financial related.

Page 1 of 3

An Accredited Laboratory  
Since September 13, 2008



A report was created and can be found on digital results IWR048231 containing:

One (1) spreadsheet titled "Unishippers Customer Spend 2019.xls"

61 emails from Chase Bank.

Five (5) selections from the Pagefile.sys mentioning Washington Post.

One (1) orphaned file mentioning Washington Post.

IWR091826 was not supported for acquisition when the original report was issued, multiple attempted to bypass or recover the password were attempted with newer versions of approved tools. Attempts were made on January 19, 2021; March 10, 2021; June 09, 2021; July 20, 2021; November 17, 2021; and December 17, 2021.

On March 25, 2022 the password for the device was recovered as [1992] and an acquisitions of the device was performed.

A report was created from the acquisition and can be found on digital results IWR048231 containing:

The full acquisition report.

A timeline of everything that occurred between January 03, 2021 and January 09, 2021.

A timeline of chat applications occurring between January 03, 2021 and January 09, 2021.

Three (3) conversations were exported concerning the Washington Post.

An attempt to image IWR092281 was attempted on January 13, 2022. The device has a BIOS password and is encrypted with McAfee encryption. Case Agent Faumuina was informed about this.

**Derivative Evidence/Copies:**

| UIN | Derivative Evidence / Copies |
|---|---|
| IWR048230 | Digital Archive Tape [IWR03037L6]<br>Containing acquisitions from IWR091826, examination files (including additional analysis), reports, and administrative data |
| IWR048231 | Digital Results Hard Drive<br>Make: Seagate  Model: ST3250318AS  Serial: 9vmyvrtm<br>Containing Reports from IWR091826 and additional analysis results. |

**Disposition of Items:**

Original and derivative evidence items were submitted to the Evidence Control Facility. Administrative items will be retained by the IWRCFL.

Examiner: _____
Matthew Eaton Anderson

Intermountain West RCFL
Computer Analysis Response Team