| Government | ☒ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**John Sullivan**

Civil/Criminal No.  __21-cr-78 (RCL)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 101 | J 6 Montage video (15min) | 11/9/23 | 11/9/23 | LOYD | |
| 102 | Map of Restricted Perimeter | 11/9/23 | 11/9/23 | Lloyd | |
| 103 | Area Closed Signs and Barricades | 11/9/23 | 11/9/23 | Lloyd. | |
| 104 | Area Closed Sign | 11/9/23 | 11/9/23 | Lloyd | |
| 105 | Area Closed Sign and Barricades | 11/9/23 | 11/9/23 | Lloyd. | |
| 106 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | 11/9/23 | 11/9/23 | Lloyd | |
| 107 | Area Closed Sign and Barricades | 11/9/23 | 11/9/23 | Lloyd | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 108 | Drawing of Capitol Building and Grounds | | | | |
| 109 | Three-Dimensional Depiction of Capitol | 11/9/23 | 11/9/23 | Lloyd | |
| 110 | Capitol Model – NW Terrace 3 | 11/9/23 | 11/9/23 | Lloyd / Willem | |
| 111 | Blueprint - First Floor of Capitol Building | 11/9/23 | 11/9/23 | Lloyd | |
| 112 | Blueprint - Second Floor of Capitol Building | 11/13/23 | 11/13/23 | LOYD | |
| 113 | Closeup of Floor 2- House chamber | 11/13/23 | 11/13/23 | LOYD | |
| 114 | West Front Time Lapse Video | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 Series | *Secret Service Exhibits* | | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | 11/9/23 | 11/9/23 | Glavey | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | 11/9/23 | 11/9/23 | Glavey | |
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | 11/9/23 | 11/9/23 | Glavey | |
| 204 | USSS-2 – East Side of the Capitol: VP vehicles moving | | | | |
| 205 | E.G. Radio Communication (14:14:42) | 11/9/23 | 11/9/23 | Glavey | |
| 206 | E.G. Radio Communication (14:20:19) | 11/9/23 | 11/9/23 | Glavey | |
| 207 | E.G. Radio Communication (14:21:49) | 11/9/23 | 11/9/23 | Glavey | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **300 Series** | *U.S. Capitol CCTV Footage* | | | | |
| 301 | 0924 E USCG 00 ST22 Exterior-2021-01-06_14h09min30s000ms.asf | | | | |
| 302 | 0925 E USCG 00 Upper Terrace West-2021-01-06_14h09min30s000ms.asf | 11/9/23 | 11/9/23 | Willem | |
| 303 | 0927 E USCG 00 Upper Terrace NW-2021-01-06_14h13min00s000ms.asf | | | | |
| 304 | 0926 USCG 00 Upper Terrace West-2021-01-06_14h00min00s000ms.asf | 11/9/23 | 11/9/23 | Lloyd | |
| 305 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h15min00s000ms.asf | 11/9/23 | 11/9/23 | Lloyd | |
| 306- | 0114 USCS 01 Senate Carriage Door-2021-01-06_14h15min.mp4 | 11/9/23 | 11/9/23 | Willem | |
| 307 | 0113 USCS 01 Senate Carriage Door-2021-01-06_14h15min.mp4 | 11/9/23 | 11/9/23 | Willem | |
| 308 | 0117 Senate Carriage Door Exterior- 2021-01-06_14h15min.mp4 | 11/9/23 | 11/9/23 | Willem | |
| 309 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h21min00s000ms.asf | | | | |
| 310 | 0959 I USCD 02 Rotunda South-2021-01-06_14h25min00s000ms.asf | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 311 | 0960 I USCD 02 Rotunda North-2021-01-06_14h25min00s000ms.asf | 11\|13\|23 | 11\|13\|23 | LOUD | |
| 312 | 0966 I USCH 02 Statuary Hall East-2021-01-06_14h25min00s000ms.asf | | | | |
| 313 | 0964 I USCH 02 Statuary Hall West-2021-01-06_14h25min00s000ms.asf | 11\|13\|23 | 11\|13\|23 | LOUD | |
| 314 | 0262 I USCH 02 Statuary Hall-2021-01-06_14h25min00s000ms.asf | | | | |
| 315 | 0259 USCH 02 Statuary Hall Connector-2021-01-06_14h25min00s000ms.mp4 | 11\|13\|23 | 11\|13\|23 | LOUD | |
| 316 | 0257 USCH 02 Main Door Hall near H219-2021-01-06_14h30min00s000ms.mp4 | | | | |
| 317 | 0251 USCH 02 Main Door Hall near H208-2021-01-06_14h41min00s000ms.asf | 11\|13\|23 | 11\|13\|23 | LOUD | |
| 318 | 0250 USCH 02 East Stairs near H208-2021-01-06_14h40min00s000ms.asf | 11\|13\|23 | 11\|13\|23 | LOUD | |
| 319 | 0264 I USCH 02 Upper House Door Interior-2021-01-06_14h41min00s000ms.asf | 11\|13\|23 | 11\|13\|23 | Yetter | |
| 320 | 0267 USCH 02 Upper House Door Interior-2021-01-06_14h55min00s000ms.asf | 11\|13\|23 | 11\|13\|23 | LOUD | |
| 321 | 0264 USCH 02 Upper House Door Interior-2021-01-06_14h55min07s000ms.mp4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 322 | 19 0266 USCG 00 East Front House Door-2021-01-06_14h56min00s000ms.asf | 11/13/23 | 11/13/23 | WUD | |
| 323 | 7202 E USCG 00 Eastfront Senate Egg W-2021-01-06_14h56min00s000ms.asf | | | | |
| | | | | | |
| | | | | | |
| 400 Series | *Congressional Exhibits* | | | | |
| 401 | Congressional Video Montage | 11/13/23 | 11/13/23 | SCHWAGER | |
| 402 | 12th Amendment | 11/13/23 | 11/13/23 | SCHWAGER | |
| 403 | 3 USC 15 | 11/13/23 | 11/13/23 | SCHWAGER | |
| 404 | 3 USC 16 | 11/13/23 | 11/13/23 | SCHWAGER | |
| 405 | 3 USC 17 | 11/13/23 | 11/13/23 | SCHWAGER | |
| 406 | 3 USC 18 | 11/13/23 | 11/13/23 | SCHWAGER | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 407 | Congressional Resolution | 11/13/23 | 11/13/23 | SCHWAGER | |
| 408 | Senate Recording Studio Certificate of Authenticity | | | | |
| 409 | House Recording Studio Certificate of Authenticity | | | | |
| 410 | Congressional Record - Senate | 11/13/23 | 11/13/23 | SCHWAGER | |
| 411 | Congressional Record - House | 11/13/23 | 11/13/23 | SCHWAGER | |
| | | | | | |
| *500 Series* | *DC/Safeway Closure Exhibits* | | | | |
| 501 | DC closure Email | 11/15/23 | 11/15/23 | NO WITNESS | |
| 502 | Mid Atlantic Sales Report | 11/15/23 | 11/15/23 | NO WITNESS | |
| 503 | PA Shipment | 11/15/23 | 11/15/23 | NO WITNESS | |
| 504 | Safeway Business Record Certification | 11/15/23 | 11/15/23 | NO WITNESS | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 505 | DC-1-DC Register | 11/15/23 | 11/15/23 | NO WITNESS | |
| 506 | DC-2- Curfew Tweet | 11/15/23 | 11/15/23 | NO WITNESS | |
| | | | | | |
| **600 Series** | **Third Party Videos** | | | | |
| 601 | TheResistance.video long.mp4 | 11/13/23 | 11/13/23 | YETTER | |
| 601.1 | Resistance clip (House Doors to Speaker lobby) | 11/13/23 | 11/13/23 | LOYD | |
| 602 | IMG_0217 .MP4 | | | | |
| 603 | Inside the Capitol.mov | | | | |
| 604 | ITV .wmv | | | | |
| 605 | RMG News.mp4 | 11/13/23 | 11/13/23 | LOYD | |
| 606 | What really happened inside the US Cap.mp4 | | | | |
| 607 | What really happened SHORT | | | | |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 608 | Getty images video BETTER QUALITY .mp4 | | | | |
| 609 | CSPAN Protesters Cross Statuary Hall_Clip.mp4 | | | | |
| 610 | VID_20210106_144311329.mp4 | 11/13/23 | 11/13/23 | LOUD | |
| 611 | Zak Hudak Twitter.wmv | 11/13/23 | 11/13/23 | LOUD | |
| 612 | Members evacuating.MOV | | | | |
| 613 | FNTV-short.mp4 | | | | |
| 614 | LiveLeak.mp4 | | | | |
| 615 | BillKeen.National File.mp4 | 11/13/23 | 11/13/23 | YETTER | |
| 616 | Rumble_Nemos-.wmv | 11/13/23 | 11/13/23 | LOUD | |
| 617 | Unblocked excerpt.wmv | | | | |
| 618 | C0001.MP4 | | | | |
| 619 | C0002.MP4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 620 | C0003.MP4 | | | | |
| 621 | C0004.MP4 | | | | |
| 622 | C0005.MP4 | | | | |
| 623 | C0006.MP4 | | | | |
| 624 | C0007.MP4 | | | | |
| 625 | C0008.MP4 | | | | |
| 626 | C0009.MP4 | | | | |
| 627 | C0010.MP4 | 11/9/23 | 11/9/23 | Lloyd. | |
| 628 | C0011.MP4 | 11/9/23 | 11/9/23 | Lloyd. | |
| 629 | C0012.MP4 | 11/9/23 | 11/9/23 | Lloyd | |
| 630 | C0013.MP4 | 11/9/23 | 11/9/23 | Willem | |
| 631 | C0015.MP4 | | | | |

10

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 632 | C0016.MP4 | 11/13/23 | 11/13/23 | LOYD | |
| 633 | C0017.MP4 | | | | |
| 634 | C0018.MP4 | | | | |
| 635 | C0019.MP4 | | | | |
| 636 | C0020.MP4 | | | | |
| 637 | C0021.MP4 | | | | |
| 638 | C0022.MP4 | 11/13/23 | 11/13/23 | LOYD | |
| 639 | C0023.MP4 | | | | |
| 640 | C0024.MP4 | | | | |
| 641 | C0025.MP4 | | | | |
| 642 | C0026.MP4 | | | | |
| 643 | C0027.MP4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 644 | C0028.MP4 | | | | |
| 645 | C0029.MP4 | | | | |
| 646 | C0030.MP4 | | | | |
| 647 | C0031.MP4 | | | | |
| 648 | C0032.MP4 | | | | |
| 649 | C0035.MP4 | | | | |
| 650 | C0036.MP4 | | | | |
| 651 | C0037.MP4 | | | | |
| 652 | C0038.MP4 | | | | |
| 653 | C0042.MP4 | | | | |
| 654 | C0043.MP4 | | | | |
| 655 | C0044.MP4 | | | | |

12

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 656 | C0045.MP4 | | | | |
| 657 | C0047.MP4 | | | | |
| 658 | C0048.MP4 | | | | |
| 659 | C0049.MP4 | | | | |
| 660 | C0050.MP4 | 11/9/23 | 11/9/23 | Lloyd | |
| 661 | C0051.MP4 | | | | |
| 662 | C0052.MP4 | 11/9/23 | 11/9/23 | Lloyd. | |
| 663 | C0053.MP4 | 11/9/23 | 11/9/23 | Lloyd. | |
| 664 | C0054.MP4 | | | | |
| 665 | C0055.MP4 | | | | |
| 666 | C0056.MP4 | | | | |
| 667 | C0057.MP4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 668 | C0058.MP4 | | | | |
| 669 | C0059.MP4 | 11/9/23 | 11/9/23 | Lloyd. | |
| 670 | C0060.MP4 | 11/9/23 | 11/9/23 | Lloyd | |
| 671 | C0062.MP4 | | | | |
| 672 | C0063.MP4 | 11/13/23 | 11/13/23 | LOYD | |
| 673 | C0064.MP4 | | | | |
| 674 | C0065.MP4 | | | | |
| 675 | C0066.MP4 | | | | |
| 676 | C0067.MP4 | | | | |
| 677 | C0068.MP4 | | | | |
| 678 | C0069.MP4 | | | | |
| 679 | C0070.MP4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 680 | C0071.MP4 | | | | |
| 681 | C0072.MP4 | | | | |
| 682 | C0074.MP4 | | | | |
| 683 | C0075.MP4 | | | | |
| 684 | C0076.MP4 | | | | |
| 685 | C0077.MP4 | | | | |
| 686 | C0078.MP4 | | | | |
| 687 | C0079.MP4 | | | | |
| 688 | C0080.MP4 | 11/14/23 | 11/14/23 | FOWLGER | |
| 689 | C0081.MP4 | | | | |
| 690 | C0082.MP4 | 11/14/23 | 11/14/23 | SACKER | |
| 691 | C0083.MP4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 692 | IMG_6591.mov | 11/13/23 | 11/13/23 | LOYD | |
| 693 | IMG_6595.mov | | | | |
| 694 | IMG_6596.mov | | | | |
| 695 | IMG_6600.mov | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| *700 Series* | *Investigation (JS Footage and Statement)* | | | | |
| 701 | 20210106_135850 - 50 minute version.mp4 | 11/9/23 | 11/9/23 | Lloyd | |
| 702 | 20210106_111147.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 703 | 20210106_111358.mp4 | 11/14/23 | 11/14/23 | FOULGER | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 704 | 20210106_111541.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 705 | 20210106_111803.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 706 | 20210106_111815.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 707 | 20210106_112509.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 708 | 20210106_112543.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 709 | 20210106_133027.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 710 | 20210106_134041.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 711 | 20210106_144926_1.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 712 | 0292.002.cam1.avi | | | | |
| 713 | Smith Wesson Website Grab | 11/14/23 | 11/14/23 | FOULGER | |
| 714 | Knife Photo | 11/14/23 | 11/14/23 | FOULGER | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **800 Series** | **213 Search Warrant** | | | | |
| 801 | Property Receipt | 11/14/23 | 11/14/23 | BINGER | |
| 802 | _DSC0001.JPG | | | | |
| 803 | _DSC0023.JPG | | | | |
| 804 | _DSC0029.JPG | | | | |
| 805 | _DSC0031.JPG | | | | |
| 806 | _DSC0033.JPG | | | | |
| 807 | _DSC0034.JPG | | | | |
| 808 | _DSC0037.JPG | | | | |
| 809 | _DSC0040.JPG | | | | |
| 810 | _DSC0041.JPG | | | | |
| 811 | _DSC0043.JPG | | | | |

18

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 812 | _DSC0049.JPG | | | | |
| 813 | _DSC0051.JPG | | | | |
| 814 | _DSC0053.JPG | | | | |
| 815 | _DSC0056.JPG | | | | |
| 816 | _DSC0058.JPG | | | | |
| 817 | _DSC0061.JPG | | | | |
| 818 | _DSC0062.JPG | | | | |
| 819 | _DSC0063.JPG | | | | |
| 820 | _DSC0066.JPG | | | | |
| 821 | _DSC0067.JPG | 11/14/23 | 11/14/23 | BINGER | |
| 822 | _DSC0069.JPG | | | | |
| 823 | _DSC0070.JPG | | | | |

19

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 824 | DSC0071.JPG | | | | |
| 825 | DSC0073.JPG | | | | |
| 826 | DSC0074.JPG | | | | |
| 827 | DSC0076.JPG | | | | |
| 828 | DSC0077.JPG | | | | |
| 829 | DSC0079.JPG | 11/14/23 | 11/14/23 | BINGER | |
| 830 | DSC0080.JPG | 11/14/23 | 11/14/23 | BINGER | |
| 831 | DSC0081.JPG | 11/14/23 | 11/14/23 | BINGER | |
| 832 | DSC0083.JPG | 11/14/23 | 11/14/23 | BINGER | |
| 833 | DSC0085.JPG | | | | |
| 834 | DSC0089.JPG | | | | |
| 835 | DSC0092.JPG | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 836 | _DSC0093.JPG | 11/14/22 | 11/14/22 | BINGER | |
| 837 | _DSC0097.JPG | | | | |
| 838 | _DSC0099.JPG | | | | |
| 839 | _DSC0100.JPG | | | | |
| 840 | _DSC0101.JPG | | | | |
| 841 | _DSC0103.JPG | | | | |
| 842 | _DSC0104.JPG | | | | |
| 843 | _DSC0107.JPG | | | | |
| 844 | _DSC0108.JPG | | | | |
| 845 | _DSC0111.JPG | | | | |
| 846 | _DSC0113.JPG | | | | |
| 847 | _DSC0114.JPG | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK. FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 848 | _DSC0116.JPG | | | | |
| 849 | _DSC0117.JPG | | | | |
| 850 | _DSC0120.JPG | 11/14/23 | 11/14/23 | BINGER | |
| 851 | _DSC0123.JPG | | | | |
| 852 | _DSC0124.JPG | | | | |
| 853 | _DSC0125.JPG | | | | |
| 854 | _DSC0143.JPG | | | | |
| 855 | _DSC0187.JPG | 11/14/23 | 11/14/23 | BINGER | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| *900 Series* | *Digital Extraction* | | | | |
| 901 | Extraction (Report) | | | | |
| 901.2 | Examination - IWR091827_1 - Audio Files | | | | |
| 901.3 | 4CH001M[811EEE979FB8B8E7716887CB0D8119DF] | 11\|14\|23 | 11\|14\|23 | SACKER | |
| 901.4 | 1827_1-4CH000M[42EFE3BA0A0E876D189E67FC189EAF74].wav | | | | |
| 901.5 | Examination - IWR091829 - IWR040288 - Desktop | 11\|14\|23 | 11\|14\|23 | FOULGER | |
| 901.6 | MyPost(1)[AD74DF28E207E43EC8E01D3E6B6B8EC4].png | | | | |
| 901.7 | MyPost(3)[E538A57738A73321C6F8F0EC33E5D9C1].png | | | | |
| 901.8 | Examination - IWR091829 - IWR040288 - Downloads - Documents.pdf | | | | |
| 901.9 | JohnSullivanVideoRelease[DAEB56D47FD2EF7B60D2CBF333783BBB].pdf | 11\|14\|23 | 11\|14\|23 | FOULGER | |
| 901.10 | Discord.pdf | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 901.11 | Examination - IWR091829 - IWR040287 - Videos - Android Cam.pdf | | | | |
| 901.12 | 20210106_134041[B8898E13249A6DA49568716876D027E5].mp4 | | | | |
| 901.13 | 20210106_135850[C4D1834D93246E51B4EEC655D72D148A].mp4 | | | | |
| 901.14 | 20210106_144926[66326D271429B7AC8FC73D5C2FF2F8DC].mp4 | 11/13/23 | 11/13/23 | YETTER | |
| 901.15 | Examination - IWR091829 - IWR040287 - Videos - Downloads.pdf | | | | |
| 901.16 | TotalAbolitionOfThePolic[503D58C125E36E9914FA6539D5DBDEC7].mp4 | | | | |
| 901.17 | Examination - IWR091829 - IWR040287 - Videos - Podcast Videos.pdf | | | | |
| 901.18 | 2020-12-30_12-01-16[9B93D92617D408A6928C49554FC9DC8B] | 11/14/23 | 11/14/23 | FOULGER | |
| 901.19 | Examination - IWR091829 - IWR040287 - Videos - Protests Then VS Now | | | | |
| 901.20 | C0001[8ECCCBC49DA5CA5E24F68B60F76168D7] | | | | |
| 901.21 | iPhone report | | | | |
| 902 | Samsung Extract | | | | |

24

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 902.1 | Dad SUllivan chats.pdf | | | | |
| 902.2 | JS Chats.pdf | | | | |
| 902.3 | JS IMs.pdf | | | | |
| 902.4 | Chat 38.pdf | | | | |
| 902.5 | Chat 41.pdf | | | | |
| 902.6 | Chat 57.pdf | | | | |
| 902.7 | Chat 64.pdf | | | | |
| 902.8 | Chat 72.pdf | | | | |
| 902.9 | Chat 85.pdf | | | | |
| 902.10 | Chat 100.pdf | | | | |
| 902.11 | Chat 108.pdf | | | | |
| 902.12 | Chat 122.pdf | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 902.13 | Chat 142.pdf | | | | |
| 902.14 | Chat 164.pdf | | | | |
| 902.15 | chat 201.pdf | | | | |
| 902.16 | Chat 227.pdf | | | | |
| 902.17 | Chat 400.pdf | | | | |
| 902.18 | Chats 114-116.pdf | | | | |
| 902.19 | Email 98.pdf | 11/14/23 | 11/14/23 | FOULGER | |
| 902.20 | Image 5107.pdf | | | | |
| 902.21 | Image 5403.pdf | | | | |
| 902.22 | Internet Searches.pdf | 11/14/23 | 11/14/23 | FOULGER | |
| 902.23 | Press Pass Screen Shots | 11/14/23 | 11/14/23 | FOULGER | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| *1000 Series* | *Digital Platform Warrant Results* | | | | |
| 1000 | Google.Youtube BRC 6683018.pdf | | | | |
| 1000.1 | dWDZQcdR1-o.mp4 | | | | |
| 1000.2 | IMG_0942.MOV | | | | |
| 1001 | Periscope Account Screenshot.jpg | | | | |
| 1001.1 | periscope-broadcast-1BdGYYLzgYQGX_0.ts | | | | |
| 1001.2 | periscope-broadcast-1eaKbnZXRzVKX_0-LetsExploreDC12-14.ts | | | | |
| 1001.3 | periscope-broadcast-1gqxvoPmNlpKB_0-knife.ts | | | | |
| 1001.4 | periscope-broadcast-1RDGlPbwlzkGL_0.ts | | | | |
| 1001.5 | periscope-broadcast-1YpKkzaXvooxj_0 -Trump flag.ts | | | | |
| 1001.6 | periscope-broadcast-1zqKVXnegQPJB_0.ts | | | | |
| 1002 | Apple BRC/Returns | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1002.1 | 534B4A91-C97B-45A7-AED5-122D82B7E82D.png | | | | |
| 1002.2 | IMG_0086.PNG | | | | |
| 1002.3 | 5476507B-8EFA-4570-ADBC-F6B7535D20C2 - Copy.mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 1002.4 | IMG_0215.mp4 | | | | |
| 1002.5 | trim_390066A6-218A-41BF-BE67-96290C08C749 - Copy.mov | | | | |
| | | | | | |
| *1100 Series* | *Sullivan Public Social Media* | | | | |
| 1101 | Screenshot_20201029-214039_Instagram.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1102 | Screenshot_20201103-080526_Instagram.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1103 | sullivan - mcconnell address meme.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1104 | Twitter - Jan 1.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1105 | Twitter- armed revolution.jpg | 11/14/23 | 11/14/23 | FOULGER | |

28

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1106 | Twitter- Burn it all down.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1107 | Twitter-Riots.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1108 | Youtube - 12-5-2020 Outstanding job.png | | | | |
| 1109 | bitchute - SULLIVAN molotov video.mp4 | | | | |
| 1109.1 | bitchute sullivan.jpg | | | | |
| 1109.2 | bitchute sullivan 2.jpg | | | | |
| 1110 | jaydenx molotov screenshot.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1111 | Tiktok - burn it all down (https twitter.com i status 1345247207423934466).mp4 | 11/14/23 | 11/14/23 | FOULGER | |
| 1112 | SULLIVAN - nazi hunting.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1113 | Facebook- Let's start a riot.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1114 | Insta Activist John Portland Image 2.JPG | 11/14/23 | 11/14/23 | FOULGER | |
| 1115 | Insta Activist John Portland Image 12.JPG | 11/14/23 | 11/14/23 | FOULGER | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1116 | Insta Activist John Portland Image.JPG | | | | |
| 1117 | Instagram How to Take Down A Monument.png | 11/14/23 | 11/14/23 | FOULGER | |
| 1118 | John Sullivan (@activistjohn) • Instagram photos and videos - Google Chrome 2020-09-10 12-00-37.mp4 | | | | |
| 1119 | CAjohn sullivan twitter 6.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1120 | Screenshot_20200720-203914_Facebook.jpg | | | | |
| 1120 | 121-Screenshot_20200816-205435_Facebook.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1122 | Screenshot_20200816-205441_Facebook.jpg | | | | |
| 1123 | Screenshot_20200816-205649_Facebook.jpg | 11/14/23 | 11/14/23 | FOULGER | |
| 1124 | John Sullivan (@activistjohn) • Instagram photos and videos - Google Chrome 2020-09-10 10-34-14.mp4 | | | | |
| 1125 | Youtube 1-10-2021 Detailed Overview Of The Capitol Storming In Washington DC (1).mp4 | | | | |
| 1126 | Website pre J6.png | 11/14/23 | 11/14/23 | FOULGER | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1127 | Website post J6.png | | | | |
| | | | | | |
| **1200 Series** | **Defendant Public Interviews** | | | | |
| 1201 | Sullivan inside edition 1-6-2022.mp4 | | | | |
| 1202 | Sullivan Interview_Infowars.mp4 | | | | |
| 1203 | Sullivan KUTV interview 1-6-2022.mp4 | | | | |
| 1204 | Youtube 11-25-2020 What Does Power to the People Mean-the new reach.mp4 | | | | |
| 1205 | CNN Interview (partial clip form YouTube | | | | |
| | | | | | |
| **1300 Series** | **Video Proceeds** | | | | |
| 1301 | AME - NEW JAYDEN X INVOICE UNLIMITED USE - Invoice-1004 | | | | |
| 1302 | Left-Right.pdf | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1302.1 | Left-Right 2.pdf | | | | |
| 1303 | 1303NBC Agreement, Invoice, Custodian of Records | | | | |
| 1304 | UPDATEDJohn Sullivan License Agreement 01.07.2021 | | | | |
| 1305 | ABC_Fwd_ You paid Insurgence USA $1,000.00.pdf | | | | |
| | | | | | |
| | | | | | |
| *1400 Series* | *Potential Impeachment* | | | | |
| 1401 | Deseret Article John Sullivan filmed Ashli Babbitt's de...riot.pdf | | | | |
| 1402 | Fox 13 sullivan-talks-latest-.pdf | | | | |
| 1403 | Intercept.pdf | | | | |
| 1403 | 404-John Sullivan, Who Filmed Ashli Babbitt Death at Capitol, Opens Up - Rolling Stone.pdf | | | | |
| 1405 | SULLIVAN new yorker article.pdf | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1406 | -wo more charged in Provo protest that turned violent - Deseret News.pdf | | | | |
| 1407 | sullivan fox 13 article.pdf | | | | |
| 1408 | SULLIVAN - twitter FBI burn with 2020.jpg | | | | |
| 1409 | 1336098242128269312-EorGRScXIAA8y-m.jpg | | | | |
| 1410 | Facebook Insurgence Defense Fund.jpg | | | | |
| 1411 | john sullivan twitter 7.jpg | | | | |
| 1412 | John Sullivan (@activistjohn) • Instagram photos and videos - Google Chrome 2020-09-10 10-34-14.mp4 | | | | |
| 1413 | John Sullivan Live Stream 2021.mp4 | | | | |
| 1414 | TheBlackFistNewsEpisode7[DB337F942AA134EB2F2EBCA26E93646A].mp4 | | | | |
| 1415 | Screenshot_20200706-215110_Facebook.jpg | | | | |
| 1416 | Screenshot_20200720-222808_Facebook.jpg | | | | |
| 1417 | Screenshot_20200831-153658_Chrome.jpg | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1418 | Screenshot_20200908-135312_Chrome.jpg | | | | |
| 1419 | Screenshot_20201009-184349_Facebook.jpg | | | | |
| | | | | | |
| *1500 Series* | *Additional (Defense Exhibits)* | | | | |
| 1501 | Photograph of John Sullivan's camera on a tripod | | | | |
| 1502 | Photograph of John Sullivan's camera lenses and devices for holding a camera | | | | |
| 1503 | Photograph of John Sullivan in the Capitol Rotunda holding his camera equipment | | | | |
| 1504 | Screenshot of video showing John Sullivan being pushed out of U.S. Capitol by police holding his camera equipment | | | | |
| 1505 | Certificate or Organization of Insurgence, LLC | | | | |
| 1506 | Press pass issued to John Sullivan by Insurgence USA | | | | |
| 1507 | OSBR Registration Information (5 pages) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1508 | Remittance of payment from the Australian Broadcasting Corporation | | | | |
| 1509 | Proof of payment from Bread & Circus | | | | |
| 1510 | Non-exclusive license agreement for January 6, 2021 film with CNN | | | | |
| | | | | | |