CO 109A - Rev. 3/2010

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |  |
|---|---|---|---|
| vs. | ) ) ) ) | Civil/Criminal No.: | 21cr078 (RCL) |
| JOHN EARLE SULLIVAN | ) ) | | |

### NOTE FROM JURY

Do we have as an evidence the video of the defendant shown in a hotel room in December 2020?

If yes, can we have the evidence number.

Date: 11/16/23

Time: 12:24 pm

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) ) |

JOHN EARLE SULLIVAN

Civil/Criminal No.: ___21cr078 (RCL)___

## NOTE FROM JURY

2:07 pm. We have reached a verdict.

Date: 11/16/23

Time: 2:07 pm