UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN SULLIVAN,<br><br>*Defendant.* | Case No. 1:21-cr-78-RCL |

## NOTE TO JURY

In response to your note from Thursday, November 16, 2023 at 12:24 p.m.:

You asked the Court, "[d]o we have as an evidence the video of the defendant shown in a hotel room in December 2020? If yes, can we have the evidence number."

The answer is no.

Date: November 16, 2023

Time: 1:15 p.m.

*(signed)* Royce C. Lamberth
Royce C. Lamberth
United States District Judge

1