UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CASE NO. 1:21-cr-00078 (RCL)
:
JOHN EARLE SULLIVAN :
:
Defendant. :

## VERDICT FORM

**COUNT ONE**: Obstructing an Official Proceeding:

    12                                  0
Guilty                              Not Guilty

**COUNT TWO**: Obstructing Officers During a Civil Disorder:

    12                                  0
Guilty                              Not Guilty

**COUNT THREE**: Entering or Remaining in a Restricted Building or Grounds with a Dangerous Weapon:

    12                                  0
Guilty                              Not Guilty

If you have marked Guilty as to Count Three above, proceed to Count Four. If not, you must consider the lesser included offense:

_____          _____
Guilty                              Not Guilty

**COUNT FOUR**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon:

    12                                  0
Guilty                              Not Guilty

If you have marked Guilty as to Count Four above, proceed to Count Five. If not, you must consider the lesser included offense:

_____  _____
Guilty                Not Guilty

**COUNT FIVE**: Unlawful Possession of a Dangerous Weapon on U.S. Capitol Grounds or Buildings:

____12____        ____0____
Guilty                Not Guilty

**COUNT SIX**: Disorderly or Disruptive Conduct in a U.S. Capitol Building:

____12____        ____0____
Guilty                Not Guilty

**COUNT SEVEN**: Parading, Demonstrating, or Picketing in a U.S. Capitol Building:

____12____        ____0____
Guilty                Not Guilty


Dated this __16__ day of __November__, 2023