**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

      v.                              21-78 (RCL)

**JOHN SULLIVAN**

### MOTION FOR RELEASE PENDING SENTENCING

Defendant, by and through undersigned counsel, does hereby seek release from detention pending sentencing. In support thereof, defendant respectfully sets forth as follows:

1. On November 16, 2023 defendant was found guilty of a number of criminal offenses arising from the events at the United States Capitol on January 6, 2021. A sentencing date has not yet been set. The Court ruled that defendant should be held pending sentencing.

2. Throughout the pretrial proceedings, for over 2.5 years, defendant remained on his own personal recognizance. He resides in Utah with his mother and father and has been compliant with the conditions of his pretrial release.

3. The trial testimony was consistent. Defendant did not make physical contact with any person near or in the United States Capitol on January 6, 2021.

4. Defendant is not a risk of flight as he has a verified address, his mother attended every day of the trial proceedings, he resides with his mother and father in Utah and he does not have any available resources. Defendant appeared at every scheduled court appearance during the course of the pretrial proceedings via ZOOM and personally appeared in court throughout the trial proceedings.

5. If deemed necessary, defendant's access to electronic media can be limited to when he is in the office of the Utah Probation Department.

6. Defendant will reside, if released, at the same address in Utah where he resided prior to trial with his parents.

7. Defendant's parents can appear via ZOOM to respond to any inquiries the Court may have concerning conditions of his release pending sentencing. Defendant does not have any objection to wearing a GPS device or the imposition of other reasonable conditions of pre-sentence release.

8. Defendant relies upon the discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for release from detention pending sentencing.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 28th day of November, 2023.

_____/s/_____
Steven R. Kiersh