UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  21-78 (RCL)

JOHN SULLIVAN

## MOTION TO CONTINUE SENTENCING AND RENEWED MOTION FOR RELEASE PENDING SENTENCING

Defendant, by and through undersigned counsel, does hereby seek to continue the presently pending sentencing date and renews his Motion for Release from detention pending sentencing. In support thereof, defendant respectfully sets forth as follows:

1. On November 16, 2023, defendant was found guilty of a number of criminal offenses arising from the events at the United States Capitol on January 6, 2021.  Sentencing is set for March 21, 2024. This Court ruled that defendant should be held pending sentencing.

2. The most serious offense for which defendant was found guilty is Obstruction of an Official Proceeding, 18 U.S.C. Section 1512(c)(2).

1

3. The United States Supreme Court in *Fischer v. United States*, 64 F.4d 329 (D.C. Cir. 2023) has granted certiorari to consider the constitutionality of 18 U.S.C. 1512 (c)(2).

4. Defendant respectfully submits that the interests of judicial economy are best served by continuing the sentencing date until such time as the Supreme Court has resolved the issue of the constitutionality of 18 U.S.C. Section 1512(c)(2).

5. Defendant reiterates he is not a risk of flight as he has a verified address, his mother attended every day of the trial proceedings, he resides with his mother and father in Utah and he does not have any available resources. Defendant's father, with whom defendant will reside if released, is retired from the United States Military having served a lengthy and honorable career in the United States military. Defendant has no objection to being placed on GPS monitoring if released pending sentencing and his past record of release pending trial indicates he can and will abide by all conditions of release. Defendant appeared at every scheduled court appearance during the course of the pretrial proceedings via ZOOM and personally appeared in court throughout the trial proceedings.

6. If deemed necessary, defendant's access to electronic media can be limited to when he is in the office of the Utah Probation Department.

7. Defendant reiterates that his parents can appear before this Court via ZOOM to respond to any inquiries the Court may have concerning conditions of his release pending sentencing.

8. Defendant relies upon the discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court continue his sentencing date and for reconsideration of his Motion for Release From Detention Pending Sentencing.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 28th day of December, 2023.

_____/s/_____
Steven R. Kiersh

3